UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE L. RUBIO,<br><br>             Plaintiff,<br><br>     v.<br><br>RUSH CARD and THE BANCORP BANK,<br><br>             Defendants, | **13-cv-1470 AWI-GSA**<br><br>**ORDER GRANTING IFP**<br><br>**(Doc. 2)** |

     Plaintiff, Jorge Rubio, a civil detainee housed a Colinga State Hospital, appearing pro se, filed the instant complaint on September 12, 2013. (Doc. 1). Plaintiff submitted an application to proceed in forma pauperis on that same date. (Doc. 2). A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

     Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of all pro se complaints for sufficiency to state a claim. The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a

claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment. Plaintiff is advised that his complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **October 7, 2013**                                **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE